UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-MJ-04484-ELFENBEIN

UNITED STATES OF AMERICA

v.

GUILHERME BERTHOLINO BARBOSA,

    **Defendant.**

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)?  No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?  No

3. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  No

4. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?  No

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:     */s/ Elizabeth Hannah*
             Elizabeth Hannah
             Assistant United States Attorney
             Court ID No. A5503171
             99 Northeast 4th Street
             Miami, FL 33132
             (305) 961-9019
             Elizabeth.Hannah@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 24-MJ-04484-ELFENBEIN |
| Guilherme Bertholino Barbosa, | ) |
|  | ) |
|  | ) |
| Defendant. |  |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 27, 2024__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(4)(B) | Production of Visual Depictions Involving the Sexual Exploitation of Minors |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
Complainant's signature
Badge No. 9834

Keith Wilson, Special Agent, HSI
Printed name and title

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time

Date: November 27, 2024

_____
Judge's signature

City and state: Miami, Florida

Honorable Marty Fulgueira Elfenbein, United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Keith Wilson, being duly sworn, depose and state as follows:

### BACKGROUND

1. I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). That is, I am an officer of the United States who is empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18, United States Code, Sections 2422, 2423, 2251, and 2252.

2. I am a Special Agent with Homeland Security Investigations (HSI), and I have been so employed since September 2020. I am currently assigned to the HSI Miami Office's Child Exploitation Group where I investigate crimes involving the sexual exploitation of minors, such as offenses involving travel in foreign commerce to engage in sexually explicit conduct with minors, and offenses involving the production, possession, and transportation of child pornography. Prior to my employment with HSI, I was a Special Agent with the Florida Department of Law Enforcement from August 2017 to August 2020. During that time, I was assigned to the Miami Regional Operations Center where I specialized in the investigation of cyber related crimes, including child exploitation and network intrusions. I have attended numerous trainings in the area of child pornography and child exploitation. I have also conducted several child pornography and child exploitation investigations involving the discussion and review of child pornography in various media, including computer media.

Type text here

3. I have participated in investigations involving pedophiles, preferential child molesters, and people who collect and/or distribute child pornography, along with the importation and distribution of materials relating to the sexual exploitation of children. I have received training on the topics of child pornography and child exploitation, and, during the course of my duties, I

have observed and reviewed examples of child pornography. I have also conducted several child pornography and child exploitation investigations, which have involved reviewing examples in all forms of media including computer media and have discussed and reviewed these materials with other law enforcement officers.

4. The information set forth in this Affidavit is provided in support of the attached criminal complaint charging Guilherme Bertholino Barbosa ("BARBOSA") with Possession of Visual Depictions Involving the Sexual Exploitation of Minors, in violation of Title 18, United States Code, Section 2252(a)(4)(B). This Affidavit is intended only to establish probable cause to believe that the offense was committed. As such, it does not include every fact known to law enforcement about this investigation.

**PROBABLE CAUSE**

5. In or around August of 2024, an HSI Task Force Officer (TFO) received a CyberTip report from the National Center for Missing and Exploited Children (NCMEC) (hereinafter "CyberTip 1"). The messaging application Kik ("Application 1") reported CyberTip 1, which indicated that an account named "dark_tree7" ("Target Account 1") had uploaded and transmitted approximately 19 files which were categorized as unconfirmed child pornography in or around August 2024. The TFO reviewed the reported files and observed suspected child pornography in approximately 11 of the files.

6. Further investigation of CyberTip 1 revealed that some of the IP addresses used by Target Account 1 were registered to BARBOSA's residence in Tamarac, Florida, and near his place of employment, located in a mall, in Sunrise, Florida.

7. On or about September 27, 2024, the TFO served a State of Florida search warrant on Application 1 for Target Account 1. The TFO reviewed the content of Target Account 1, which

contained approximately 10 files of suspected child pornography which the user of Target Account 1 had transmitted to other users. The review of Target Account 1 also revealed a video depicting a screen recording of an Apple iPhone user's hidden photo gallery which contained multiple thumbnails of suspected child pornography.

8. On or about November 6, 2024, the TFO received CyberTip 2 from NCMEC which had been filed by Application 1. Application 1 reported that an account named "dark_tree8" ("Target Account 2") contained multiple files which were categorized as unconfirmed child pornography in or around October 2024. The TFO reviewed the reported files and observed suspected child pornography.

9. Further investigation of CyberTip 2 revealed that at least one of the IP addresses used by Target Account 2 was registered to BARBOSA's residence in Tamarac, Florida.

10. On or about November 27, 2024, BARBOSA entered the United States at Miami International Airport via Avianca Airlines Flight 8 from Bogota, Colombia. A U.S. Customs and Border Protection Officer (CBPO) selected BARBOSA for secondary inspection. At secondary inspection, the CBPO inspected BARBOSA's personal property, including an Apple iPhone, which was on BARBOSA's person, inside his front pants pocket. BARBOSA made a binding declaration to the CBPO stating that he had owned the iPhone for approximately three years. BARBOSA provided the passcode to the iPhone, which was BARBOSA's own birthday. Pursuant to CBP's border search authority, the CBPO inspected the iPhone and observed suspected child pornography images in the recently deleted folder.

11. On or about November 27, 2024, your affiant, pursuant to HSI's border search authority, conducted a manual review of BARBOSA's iPhone and observed multiple files of suspected child pornography in the recently deleted folder, including the following:

  a. A video depicting an adult male ejaculating on a bound prepubescent female;

  b. A video depicting an individual inserting their finger into the vagina of a prepubescent female;

  c. A video depicting a prepubescent female engaging in oral sex with an adult male;

  d. A video depicting a female toddler engaging in oral sex with an adult male;

  e. A video depicting a prepubescent female exposing her genitals and masturbating.

12. The TFO who had previously conducted the state search warrant on Target Account 1 confirmed that some of the files in the recently deleted folder of BARBOSA's iPhone appeared to be identical to some of the files that were reported by Application 1, for Target Account 1.

13. On or about November 27, 2024, your affiant conducted a manual review of BARBOSA's iPhone which confirmed that Application 1 was installed on the device and was logged into Target Account 2. Moreover, the email account associated with Target Account 2 was also logged into the Apple mail application on BARBOSA's iPhone.

14. BARBOSA's iPhone was logged into an Apple ID account with username "Guilherme Barbosa".

15. Upon review of Application 1, it appears the user of BARBOSA's iPhone was participating in chat groups with titles indicative of child exploitation, including "young" and "blooddrawcp".

16. Further review of BARBOSA's iPhone revealed multiple screen recordings depicting thumbnails of suspected child pornography which were saved to the iPhone's photo

4

gallery.

## CONCLUSION

17. Based on the aforementioned information, I respectfully submit that there is probable cause to believe that BARBOSA did knowingly commit the offense of Possession of Visual Depictions Involving the Sexual Exploitation of Minors, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

**FURTHER AFFIANT SAYETH NAUGHT.**

_____  Badge No. 9834
KEITH WILSON
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS


Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time this __27th__ day of November of 2024

_____
HONORABLE MARTY FULGUEIRA ELFENBEIN
UNITED STATES MAGISTRATE JUDGE

5